No. 146. FRANK R. LOPEZ *v.* FREDERICK C. HOWE, AS COMMISSIONER OF IMMIGRATION AT THE PORT OF NEW YORK. See *ante*, 613.

No. 583. PRODUCERS COKE COMPANY *v.* MCKEEFRY IRON COMPANY. December 6, 1920. Petition for a writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Samuel John Morrow* for petitioner. *Mr. Samuel McClay* and *Mr. William M. Robinson* for respondent.

No. 611. WESTERN UNION TELEGRAPH COMPANY *v.* LOUISVILLE & NASHVILLE RAILROAD COMPANY. December 6, 1920. Petition for a writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Alexander Pope Humphrey, Mr. Rush Taggart, Mr. Francis Raymond Stark, Mr. W. Overton Harris, Mr. Edward P. Humphrey* and *Mr. William W. Crawford* for petitioner. *Mr. Helm Bruce, Mr. Henry L. Stone* and *Mr. Edward S. Jouett* for respondent.

No. 616. R. L. AMMERMAN ET AL. *v.* UNITED STATES. December 6, 1920. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. E. G. McAdams* for petitioners. *Mr. Assistant Attorney General Spellacy* and *Mr. Leonard B. Zeisler* for the United States.